IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jason Michael Woodall )
                    Plaintiff, )
                                )   CIVIL ACTION NO. 2:23-cv-01370
                                )
        V.                      )
                                )   **FILED**
                                )
                                )   OCT 13 2023
   SEE ATTACHED                 )
                                )   CLERK U.S. DISTRICT COURT
                                )   WEST. DIST. OF PENNSYLVANIA

## SUMMARY JUDGMENT

Plaintiff, Jason Woodall, Pro se, Respectfully moves this Court Pursuant to Pa. R.C.P. 1035.1 et seq, For The entry of Summary Judgment in Favor of Plaintiff For The Relief Requested in Plaintiff's Complaint, as to The whole Case on The Grounds That:

1 OF 3

1. The Pleadings Are A waste of The courts Precious Time AND Resources, AND Time exists within which to Dispose of This motion without unnecessarily Delaying TRiAl.

2. The exhibits Filed of Record, Show That There is No genuine issues of MATERiAl Facts To be TRieD.

3. Plaintiff is entitled TO Judgment As A matter of law For The REASONS set FORTh in The Accompanying brief.

WHEREFORE, PLAINTIFF JASON M. WOODALL, RESPECTFULLY REQUESTS THAT THIS COURT ENTER SUMMARY JUDGEMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, Christine J Ferraro Sheetz Clerk, IN THE AMOUNT PRAYED FOR IN PLAINTIFFS AMENDED COMPLAINT. WITH COST AS TO THE WHOLE CASE OF PLAINTIFF'S COMPLAINT.

RESPECTFULLY,

Jason M. Woodall
#41280
PRO Se

100 W. CHERRY AV.
WASHINGTON PA 15317

3 OF 3